Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone:  415.732.3777
Facsimile:  415.372.3791

Attorneys for Plaintiffs
YESENIA GUITRON and JUDI KLOSEK

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (Bar No. 187413)
ALEXANDER NESTOR (Bar No. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail:blee@aIlenmatkins.com
         anestor@aIlenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND
PAM RUBIO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>                            Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>                            Defendants. | CASE NO.  CIV-10-03461 CW<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO COMPLETE ADR** |

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE TIME TO COMPLETE ADR

- 1 -

1  Plaintiffs YESINIA GUITRON and JUDI KLOSEK and Defendants WELLS FARGO
2  BANK, N.A., WELLS FARGO & CO. and PAM RUBIO (collectively, "Defendants") stipulate,
3  as follows:
4  The parties intend to participate in mediation in good faith pursuant to the Court's
5  January 18, 2011 Case Management Conference Order.  However, the parties believe that
6  mediation will only be successful after substantive discovery has been conducted in this case.
7  As such, the parties, after conferring with the Court-appointed mediator, G. Scott Emblidge,
8  have agreed to mediate this case with Mr. Emblidge on June 21, 2011.  Based on the foregoing,
9  the parties stipulate and ask the Court to grant an extension of the date by which the parties must
10 comply with the court-appointed mediation from April 18, 2011 to July 1, 2011.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:


Dated: April 5, 2011                          ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NA TSIS LLP


                                              By: (-) Alexander Nestor
                                                    ALEXANDER NESTOR
                                              Attorneys for Defendants WELLS
                                              FARGO BANK, N.A., WELSS FARGO
                                              & CO. AND PAM RUBIO



Dated: April 5, 2011                          PERETZ & ASSOCIATES


                                              By: (-) Yosef Peretz
                                                    Yosef Peretz
                                              Attorneys for Plaintiffs YESENIA
                                              GUITRON and JUDI KLOSEK

**ORDER**

Pursuant to the parties' Stipulation, and Good Cause appearing therefore, the Court hereby extends the date by which the parties must complete their ADR session to July 1, 2011.

IT IS SO ORDERED.

Dated: _ **April 15** _, 2011              By: _____
                                                                  THE HON. CLAUDIA WILKEN
                                                                  U.S. DISTRICT JUDGE