Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone:  415.732.3777
Facsimile:  415.372.3791

Attorneys for Plaintiffs
YESENIA GUITRON and JUDI KLOSEK

Baldwin J. Lee (Bar No. 187413)
Alexander Nestor (Bar No. 202795)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: b1ee@aIlenmatkins.com
        anestor@aIlenmatkins.com
        mhutchinson@allenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & CO. and
PAM RUBIO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>                              Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>                              Defendants. | CASE NO.  CIV-10-03461 CW<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

1   Plaintiffs YESINIA GUITRON and JUDI KLOSEK (collectively, "Plaintiffs") and Defendants WELLS FARGO BANK, N.A., WELLS FARGO & CO. and PAM RUBIO (collectively, "Defendants") stipulate as follows:

1) Plaintiffs shall file a Second Amended Complaint that is attached herein as Exhibit "A" no later than April 29, 2011;  and

2) Defendant may file an Answer to the Second Amended Complaint no later than 30 days after service of the Second Amended Complaint.

**IT IS SO STIPULATED:**

Dated: April 28, 2011                ALLEN MATKINS LECK GAMBLE
                                     MALLORY & NATSIS LLP


                                     By:    /s/ *Alexander Nestor*
                                            ALEXANDER NESTOR
                                            Attorneys for Defendants
                                            WELLS FARGO BANK, N.A.,
                                            WELLS FARGO & CO. and PAM
                                            RUBIO


Dated: April 28, 2011                PERETZ & ASSOCIATES



                                     By:    /s/ *Yosef Peretz*
                                             Yosef Peretz
                                            Attorneys for Plaintiffs YESENIA
                                            GUITRON and JUDI KLOSEK

**ORDER**

Pursuant to a Stipulation, Plaintiffs shall be permitted to file the Proposed Second Amended Complaint in the above-captioned action.

IT IS SO ORDERED.

Dated: April 29, 2011          By: _____
                                    THE HON. CLAUDIA WILKEN
                                    U.S. DISTRICT JUDGE