**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YESENIA GUITRON,

      Plaintiff,

  v.

WELLS FARGO BANK NA,

      Defendant.

_____/

No. C 10-03461 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Compel Deposition and the Production of Documents and Request for Monetary Sanctions and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, July 11, 2011 is vacated.  The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/1/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.