Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone: 415.732.3777
Facsimile: 415.372.3791

Attorneys for Plaintiffs
YESENIA GUITRON and JUDI KLOSEK

Baldwin J. Lee (Bar No. 187413)
Alexander Nestor (Bar No. 202795)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
         anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND
PAM RUBIO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20, <br><br> Defendants. | CASE NO. CIV-10-03461 CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER REGARDING APPOINTMENT OF DISCOVERY REFEREE |

WHEREAS, the parties have met and conferred and have agreed to use Commissioner Richard Best (Ret.) as a discovery referee for the purpose of conducting the depositions of Defendants WELLS FARGO BANK, N.A.'s employees and Defendant PAM RUBIO (collectively, "Defendants") noticed by Plaintiffs;

WHEREAS, the parties have agreed that, in his role as discovery referee, Commissioner Best shall have the authority and powers to: (1) rule on objections made during the course of the depositions, (2) direct the witness to answer questions, and (3) rule on motions and other requests by the parties relating to the scope of and conduct of the depositions;

WHEREAS, the parties briefed several discovery issues in six joint letter briefs, which Magistrate Judge James ruled upon in her August 4, 2011 Discovery Order;

WHEREAS, Plaintiffs will provide a copy of Magistrate Judge James' August 4, 2011 Discovery Order, as well as the underlying submitted joint letter briefs, to Commissioner Best on or before August 18, 2011, for his review;

WHEREAS, the parties have agreed that Commissioner Best's rulings are subject to appeal to Magistrate Judge James, in the form of a joint letter, as set forth in Magistrate Judge James' Standing Order Regarding Discovery & Dispute Procedures, but that any such appeal must be filed within 10 calendar days following the ruling;

WHEREAS, the parties have agreed that Plaintiffs will pay Commissioner Best's fees and costs related to the performance of his role as discovery referee for the depositions noticed by Plaintiffs;

THEREFORE, the parties, through their undersigned counsel below, hereby stipulate and agree, and respectfully request that the Court issue an order that:

1. Commissioner Richard Best (Ret.) will serve as a discovery referee for the limited purpose of conducting the depositions noticed by Plaintiffs in this action. Commissioner Best will serve in this role by either attending the deposition in person or in an "on call" capacity as outlined in his e-mail to the parties' counsel dated July 30, 2011. Commissioner Best's appearance shall be determined at Plaintiffs' discretion.

2. Commissioner Best shall have the authority and powers to: (1) rule on objections made during the course of the depositions, (2) direct the witness to answer questions,

and (3) rule on motions and other requests by the parties relating to the scope of and conduct of the depositions.

3. Commissioner Best's rulings shall be compliant and consistent with Magistrate Judge James' previous orders in this action, including her August 4, 2011 Discovery Order, a copy of which, as well as the underlying submitted joint letter briefs, Plaintiffs will provide Commissioner Best on or before August 18, 2011 for his review

4. Commissioner Best's rulings are subject to appeal to Magistrate Judge James, in the form of a joint letter, as set forth in Magistrate Judge James' Standing Order Regarding Discovery & Dispute Procedures, but that any such appeal must be filed within 10 calendar days following the ruling.

5. Plaintiffs will pay Commissioner Best's fees and costs related to the performance of his role as discovery referee.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: August __, 2011

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
ALEXANDER NESTOR
Attorneys for Defendants WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND PAM RUBIO

Dated: August __, 2011

PERETZ & ASSOCIATES

By: _____
Yosef Peretz
Attorneys for Plaintiffs YESENIA GUITRON and JUDI KLOSEK

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | |
| 3 | Pursuant to Stipulation between the parties and good cause appearing therefore, IT IS |
| 4 | SO ORDERED. |

Dated: September 12, 2011

By: _____
THE HON. MARIA-ELENA JAMES
MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER REGARDING APPOINTMENT OF DISCOVERY REFEREE
- 4 -