1  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
2  BALDWIN J. LEE (BAR NO. 187413)
   ALEXANDER NESTOR (BAR NO. 202795)
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail: blee@allenmatkins.com
              anestor@allenmatkins.com

Attorneys for Defendants
7  WELLS FARGO BANK, WELLS FARGO & CO. AND
   PAM RUBIO

YOSEF PERETZ (BAR NO. 209288)
9  EMILY A. KNOLES (BAR NO. 241671)
   MICHAEL D. BURSTEIN (BAR NO. 248516)
10 PERETZ & ASSOCIATES
   22 Battery Street, Suite 202
11 San Francisco, CA  94111
   Phone: 415-732-3777
12 Fax: 415-372-3791

13 Attorneys for Plaintiffs
   YESENIA GUITRON and JUDI KLOSEK

15             UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| YESENIA GUITRON and JUDI KLOSEK,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO and DOES 1-20,<br><br>Defendants. | **Case No. CIV-10-03461 CW [MEJ]**<br><br>**PARTIES' THIRD STIPULATION AND [PROPOSED] ORDER REGARDING ~~APPOINTMENT~~ OF DISCOVERY REFEREE** |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

823291.01/SF

Case No.  CIV-10-03461 CW
PARTIES' STIP AND [PROPOSED] ORDER RE
APPOINTMENT OF DISCOVERY REFEREE

1  WHEREAS, the parties have previously stipulated to using Commissioner Richard Best
2  (Ret.) as a discovery referee for the purpose of conducting depositions in this action, which the
3  Court has approved (*see* Docket No. 43);

4  WHEREAS, the parties now have stipulated to using Commissioner Richard Best (Ret.) as
5  a discovery referee for the purpose of conducting the depositions of additional witnesses noticed
6  by Defendants;

7  WHEREAS, the parties have agreed that, in his role as discovery referee, Commissioner
8  Best shall have the authority and powers to: (1) rule on objects made during the course of the
9  depositions, (2) direct the witness to answer questions, and (3) rule on motions and other requests
10 by the parties relating to the scope of and conduct of the depositions;

11 WHEREAS, the parties have agreed that Commissioner Best's rulings: (1) are subject to
12 appeal to Magistrate Judge James, in the form of a joint letter, as set forth in Magistrate Judge
13 James; Standing Order Regarding Discovery & Dispute Procedures, but that any such appeal must
14 be filed within 10 calendar days following the ruling, and (2) must be in compliance with any
15 previous orders of Magistrate Judge James;

16 WHEREAS, the parties have agreed that Defendants will pay Commissioner Best's fees
17 and costs related to the performance of his role as discovery referee for the depositions noticed by
18 Defendants;

19 THEREFORE, the parties, through their undersigned counsel below, hereby stipulate and
20 agree, and respectfully request that the Court issue an order that:

21 1. Commissioner Richard Best (Ret.) will serve as a discovery referee for the limited
22 purpose of conducting the additional depositions noticed by Defendants in this action.
23 Commissioner Best will serve in this role by either attending the deposition in person or in an "on
24 call" capacity as outlined in his e-mail dated July 30, 2011. Commissioner Best's appearance
25 shall be determined at Defendants' discretion.

26 2. Commissioner Best shall have the authority and powers to: (1) rule on objects made
27 during the course of the depositions, (2) direct the witness to answer questions, and (3) rule on
28 motions and other requests by the parties relating to the scope of and conduct of the depositions.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

823291.01/SF

-2-

Case No.  CIV-10-03461 CW
PARTIES' STIP AND [PROPOSED] ORDER RE
APPOINTMENT OF DISCOVERY REFEREE

1      3.    Commissioner Best's rulings shall be compliant and consistent with Magistrate
2 Judge James' previous orders in this action, including her August 4, 2011, Discovery Order.
3      4.    Commissioner Best's rulings: (1) are subject to appeal to Magistrate Judge James,
4 in the form of a joint letter, as set forth in Magistrate Judge James; Standing Order Regarding
5 Discovery & Dispute Procedures, but that any such appeal must be filed within 10 calendar days
6 following the ruling, and (2) must be in compliance with any previous orders of Magistrate Judge
7 James.
8      5.    Defendants will pay Commissioner Best's fees and costs related to the performance
9 of his role as discovery referee, as set forth above.

10 **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

12 Dated: July 5, 2011               ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP

14                                          By:/s/ Alexander Nestor
15                                            ALEXANDER NESTOR
                                           Attorneys for Defendants
16                                            WELLS FARGO BANK, WELLS FARGO
                                           & CO. AND PAM RUBIO

19 Dated: July 1, 2011               PERETZ & ASSOCIATES

20                                            By:/s/ Yosef Peretz
21                                            YOSEF PERETZ
                                           Attorneys for Plaintiffs
22                                            YESENIA GUITRON and JUDI KLOSEK

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

823291.01/SF

-3-

Case No.  CIV-10-03461 CW
PARTIES' STIP AND [PROPOSED] ORDER RE
APPOINTMENT OF DISCOVERY REFEREE

1  ///

2  ///

3  **ORDER**

4

5  Pursuant to the parties' stipulation above, and good cause appearing therefor, **IT IS SO**

6  **ORDERED**.

7

8

9  DATED: ___September 29, 2011_____      _____

10                                                                                     HON. MARIA-ELENA JAMES
                                                                                       MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

823291.01/SF

-4-

Case No.  CIV-10-03461 CW
PARTIES' STIP AND [PROPOSED] ORDER RE
APPOINTMENT OF DISCOVERY REFEREE