1 | Yosef Peretz (SBN 209288)
2 | Emily A. Knoles (SBN 241671)
3 | Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
4 | San Francisco, CA 94111
Telephone: 415.732.3777
5 | Facsimile: 415.372.3791

6
Attorneys for Plaintiffs
7 | YESENIA GUITRON and JUDI KLOSEK

8 | Baldwin J. Lee (Bar No. 187413)
9 | Alexander Nestor (Bar No. 202795)
ALLEN MATKINS LECK GAMBLE
10 | MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
11 | San Francisco, CA 94111-4074
Phone: (415) 837-1515
12 | Fax: (415) 837-1516
13 | E-Mail: blee@allenmatkins.com
          anestor@allenmatkins.com
14
15 | Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND
16 | PAM RUBIO

17
**UNITED STATES DISTRICT COURT**
18
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19

20 | YESENIA GUITRON; and JUDI KLOSEK,  | CASE NO. CIV-10-03461 CW (MEJ)
21 |                  Plaintiffs,      | PARTIES' STIPULATION AND
22 |                                    | ~~PROPOSED~~ ORDER TO EXTEND THE
                                        | TIME TO COMPLETE ADR
23 | v.
24 | WELLS FARGO BANK, N.A.; WELLS
    | FARGO & CO.; PAM RUBIO; and DOES 1-
25 | 20,
26 |                  Defendants.

27
28

- 1 -  STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE TIME TO COMPLETE ADR

1  Plaintiffs YESENIA GUITRON and JUDI KLOSEK and Defendants WELLS FARGO
2  BANK, N.A., WELLS FARGO & CO. and PAM RUBIO (collectively, "Defendants") stipulate,
3  as follows:

   WHEREAS, the parties intend to participate in mediation in good faith pursuant to the
4  Court's January 18, 2011 Case Management Conference Order;
5
   WHEREAS, the parties were not able to schedule a mutually available date with the
6  Court-appointed mediator, G. Scott Emblidge, until November 28, 2011;
7
   WHEREAS, the parties have scheduled a mediation with Mr. Emblidge on November
8  28, 2011;
9
   THEREFORE, the parties stipulate and ask the Court to grant a 60-day extension of the
10 date to complete their court-appointed mediation to November 30, 2011.

11

12 IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

13

14 Dated: October 7, 2011                        ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP
15

16                                              By: (-) Alexander Nestor
                                                ALEXANDER NESTOR
17                                              Attorneys for Defendants WELLS
                                                FARGO BANK, N.A., WELLS FARGO
18                                              & CO. AND PAM RUBIO

19

20

21 Dated: October 7, 2011                        PERETZ & ASSOCIATES

22

23                                               By: (-) Yosef Peretz
                                                YOSEF PERETZ
24                                              Attorneys for Plaintiffs YESENIA
                                                GUITRON and JUDI KLOSEK
25

26

27

28

1
2
### [PROPOSED] ORDER

3      Pursuant to the parties' Stipulation, and Good Cause appearing therefor, the Court
4  hereby orders as follows:  The date by which the parties must complete their ADR session is
5  continued from September 30, 2011, to November 30, 2011.

6      **IT IS SO ORDERED**.

7
8
9  Dated:  Oct. 11    , 2011                                  By: /s/ Claudia Wilken
10                                                                 THE HON. CLAUDIA WILKEN
                                                                   U.S. DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28