Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: (415) 732-3777
Facsimile:  (415) 732-3791

Attorneys for Plaintiffs
YESENIA GUITRON and JUDI KLOSEK

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GUITRON and JUDI KLOSEK,<br><br>               Plaintiffs,<br><br>vs.<br><br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>               Defendants. | CASE NO.  CIV-10-03461 CW<br><br>**INDEX OF EVIDENCE AND EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO SEVER AND MOTION FOR SUMMARY JUDGMENT**<br><br><br>**Date:** December 22, 2011<br>**Time:** 2:00 p.m.<br>**Place:**  Courtroom 2<br>**Arbitrator:**  Honorable Claudia Wilken |

## PLAINTIFFS' INDEX OF EXHIBITS

Exhibit 1 ....................................................................Declaration of Yosef Peretz in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

Exhibit 2……………………………………... Declaration of Yesenia Guitron in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

Exhibit 3 …...……………………………………Declaration of Judi Klosek in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 4 …………………………………………………………..Declaration of Richard George

Exhibit 5 ………………………………………………………….Declaration of Irene Perez

Exhibit 6 ………………………………………………………..Declaration of Dreydy Metelin

Exhibit 7 …………………………………………………………...Declaration of Ardavan Mohseni

Exhibit 8 …………………………………………………………Declaration of Diego Arredondo

Exhibit 9………………………………………………………….. Declaration of Marcela Franco

Exhibit 10……………………………………………………….…………Declaration of Liz Mendez

Exhibit 11…………………………………………………….……... Declaration of Matthew Taylor

Exhibit 12………………………….…..….…………...….………………Excerpts of Deposition of Pam Rubio
on August 24, 2011

Exhibit 13………………………………………………….………Excerpts of Deposition of Isook Park
on August 31, 2011

Exhibit 14…………………………………………………….Excerpts of Deposition of Matthew Taylor
on October 13, 2011

Exhibit 15……………………………………………………..Excerpts of Deposition of Greg Morgan
on August 30, 2011

Exhibit 16 …………………………………………….Excerpts of Deposition of Mary Crisp Vol. I
on September 1, 2011

Exhibit 17……………………………………………….Excerpts of Deposition of Mary Crisp Vol. II
on October 25, 2011

Exhibit 18………………………………...…………………………...Excerpts of Deposition of Liz Mendez
on October 12, 2011

Exhibit 19…………………………………………………….Excerpts of Deposition of Marcela Franco
on October 12, 2011

Exhibit 20………………………………………………...….Excerpts of Deposition of Deborah Cook
on September 15, 2011

Exhibit 21…………..………...….……………...…..Excerpts of Deposition of Yesenia Guitron Vol. I
on May 12, 2011

Exhibit 22...………...…...…..……………..Excerpts of Deposition of Yesenia Guitron Vol. II
on July 19, 2011

Exhibit 23...……………….………………...….Excerpts of Deposition of Judi Klosek Vol. I
on July 25, 2011

Exhibit 24...…...…...………….………………..... Excerpts of Deposition of Judi Klosek Vol. II
on July 26, 2011

Exhibit 25...…...…...……….……………………...... Excerpts of Deposition of Hale Walker
on September 15, 2011

Exhibit 26...…...…...…………….………….…...... Excerpts of Deposition of Jodi Takahashi
on September 14, 2011

Exhibit 27...…...…...……….…….…………….…...... Excerpts of Deposition of Corina Zavaleta
on September 2, 2011

Exhibit 28...…...…...……….………………….…...... Excerpts of Deposition of Diana Brandenburg
on September 13, 2011

Exhibit 29...…...…...………….….……….…...... Excerpts of Deposition of Susan Eagles-Williams
on September 29, 2011

Exhibit 30...…...…...…….….………………...….... Excerpts of Deposition of Rebecca Garza
on October 14, 2011

Exhibit 31...……...…...……….……….…………….…...... Excerpts of Deposition of John Alejo
on September 14, 2011

Exhibit 32...…...…......……...…...…….…….…………….…...... Excerpts of Deposition of Chris Sipes
on September 20, 2011

Exhibit 33...……...…...…….…….…………… Defendant Wells Fargo Bank, National Association's
Response to Plaintiff Judi Klosek's Interrogatories, Set Four, No. 23

Exhibit 34...…….………….……………….Defendant Wells Fargo Bank, National Association's
Response to Plaintiff Yesenia Guitron's Request for Admissions, Set Three

Exhibit 35...…….………….……………….Defendant Wells Fargo Bank, National Association's
Response to Plaintiff Yesenia Guitron's Request for Admissions, No. 30

Exhibit 36...…….………….……………….Defendant Wells Fargo Bank, National Association's
Response to Plaintiff Judi Klosek's Request for Admissions, Set OneNos. 54-55

Exhibit 37...……………………………...……. Responses to   Yesenia Guitron's Special Interrogatories, Set Two, No. 17

Exhibit 38...…..……………………………Wells Fargo Bank Store Manager Incentive Plan
WFB 4373-83

Exhibit 39...………………..……Job Descriptions of Personal Banker I and Personal Banker II
WFB 4264

Exhibit 40...…………..………………………Description of Performance Review Process
WFB 2626

Exhibit 41...……………………..………………..…Job Descriptions of Store Manager I-V
WFB 4265-66

Exhibit 42...………………………...Memorandum regarding Rubio's treatment of Klosek
P 5117

Exhibit 43...………………………………..…..……………………....Team Member Handbook
WFB 52-177

Exhibit 44…………….…...………………………………...……....……Mistakes to Avoid
WFB 1629

Exhibit 45...…………………………..……...……Training Log and Certification Policies
WFB 192-96

Exhibit 46...…………………...……..…….…E-mail dated March 12, 2010, WFB 4055-4056

Exhibit 47...……………………………….…Handwritten Notes regarding Ventura Avila
WFB 3993-95

Exhibit 48...………………………...……...Employee Service Center Call Tracker Ticket #8815984
WFB 595

Exhibit 49...………...2009 2nd Quarter Performance Review for Yesenia Guitron, Version A
WFB 3155-66

Exhibit 50...………...2009 2nd Quarter Performance Review for Yesenia Guitron, Version B
WFB 3167-78

Exhibit 51...………...2009 2nd Quarter Performance Review for Yesenia Guitron, Version C
P 3642-53

Exhibit 52...…..…..…2009 2nd Quarter Performance Review for Yesenia Guitron, Version D
P3654-65

1

2
Exhibit 53...………...…2009 2nd Quarter Performance Review for Yesenia Guitron, Version E
WFB 3199-3210, P 3624-37

3

4
Exhibit 54...………...…2009 2nd Quarter Performance Review for Yesenia Guitron, Version F
WFB 3179-90

5

6
Exhibit 55...…...…....…2009 2nd Quarter Performance Review for Yesenia Guitron, Version G
WFB 1743-54

7

8
Exhibit 56...……....…...2009 2nd Quarter Performance Review for Yesenia Guitron, Version H
P 3666-77

9
Exhibit 57...………...…2009 2nd Quarter Performance Review for Yesenia Guitron, Version I
P 3115-3126

10

11
Exhibit 58………..................................................Email dated February 11, 2010, WFB 2781

12
Exhibit 59……….................................................Email dated January 11, 2010, WFB 2093

13
Exhibit 60……….........................................Email dated December 24, 2009, WFB 3032-3033

14
Exhibit 61...…………………..…….......2009 3rd Quarter Performance Review for Judi Klosek
P 4786-97

15

16
Exhibit 62...…………………..……........2009 1st Quarter Performance Review for Judi Klosek
WFB 395-406

17

18
Exhibit 63………….............................................Memorandum dated June 9, 2008, WFB 2775

19
Exhibit 64……….................................................Email dated September 19, 2008, WFB 2692

20
Exhibit 65……….......................................................Email dated March 3, 2009, WFB 3428-29

21
Exhibit 66……….........................................Memorandum dated August 18, 2009, WFB 2776

22

23
Exhibit 67……….........................................................Email dated August 31, 2009, WFB 1987-89

24
Exhibit 68………..…………………......…Email dated September 4, 2009, WFB 2915

25
Exhibit 69...…….......………………….....…Account Transaction Detail,  WFB 2550

26
Exhibit 70...……………...……………….....Email dated October 28, 2009 WFB 9706-29

27
Exhibit 71……......................................................Email dated November 16, 2009, P 5833

28

1  Exhibit 72...……………………...……….…...……Informal warning dated April 30, 2010, P 4928-29

2  Exhibit 73...………....…….Customer Transaction Detail dated November 10, 2009, P 4531-32

3
4  Exhibit 74.......................................................…….Customer Transaction Detail, Martinez, dated November 10, 2009, P 4513-20, 4530

5  Exhibit 75……...…..............................................……Email dated April 2, 2009, P 5259

6  Exhibit 76……...….............................................……Email dated April 7, 2009, WFB 2251-57

7
8  Exhibit 77……..................................... Follow-up to Email dated April 7, 2009, WFB 2285-89

9  Exhibit 78….............................. Confidential Memorandum dated April 2, 2009, WFB 2342-44

10  Exhibit 79....…………………....………………....……Email dated September 4, 2009 WFB 2915

11  Exhibit 80...…………………....…..……....……Notes from February 5, 2010 meeting, WFB 8862-70

12  Exhibit 81...…………...………...…..……....…...……Ethics hotline report #113095256, WFB 1795-96

13
14  Exhibit 82...…………...………...…..……....…......……Email dated October 30, 2009, WFB 9689-9705

15  Exhibit 83……...…....................................................Email dated December 23,2009 P 3472-74

16  Exhibit 84...…………...……….……...…..……....…....……Ethics hotline report #113172083, WFB 200-04

17  Exhibit 85...…………...…....................…..……....……Email dated November 17, 2009, WFB 9649-9668

18  Exhibit 86……...….............................................……Email dated January 20, 2010, WFB 1799

19
20  Exhibit 87……...…...................................................Email dated January 9, 2010, WFB 2097-2100

21  Exhibit 88……...…....................................Formal warning dated January 7, 2010, WFB 3038-40

22  Exhibit 89……...…...............................................Memorandum dated November 13, 2009, WFB 2764

23  Exhibit 90...…………...……....…..……....…....……Memorandum dated August 19, 2009, WFB 2693

24  Exhibit 91……...…..................................................…Email dated August 26, 2009, WFB 2663-64

25
26  Exhibit 92……...…....................................................Email dated November 2, 2009, WFB 1716

27  Exhibit 93……...…....................................................Email dated October 2, 2009, WFB 2807

28  Exhibit 94……...…....................................Memorandum dated November 20, 2009, WFB 246, 582

Exhibit 95……...................................................Email dated October 9, 2009, WFB 1981-82

Exhibit 96………...............................Email dated October 9, 2009 re: follow-up, P 3451-52

Exhibit 97...………….....…….....…....……....Ethics hotline report #113161485, WFB 9894-95

Exhibit 98……….....................................................Email dated March 2, 2010, WFB 1684-85

Exhibit 99……….......................................................Email dated October 16, 2009, WFB 2163-64

Exhibit 100………...................................Ethics Line-Specific Information, Report #113172029,
                                                                                                WFB 9577-81

Exhibit 101……….....................................................Email dated November 3, 2009, WFB 1792

Exhibit 102………...................................Ethics Line-Specific Information, Report #113176890,
                                                                                                WFB 9587-91

Exhibit 103……….....................................................................Email dated December 2, 2009,
                                                                                 WFB 1786, 9592-9618, 1688-1690

Exhibit 104.......................................................Email dated January 20, 2010, WFB 233-235

Exhibit 105.......................................................Email dated January 28, 2010, WFB 1682-83

Exhibit 106………...................................Ethics Line-Specific Information, Report #113172072,
                                                                                                WFB 9582-86

Exhibit 107……….....................................Email dated December 16, 2009, WFB 3034-35

Exhibit 108.…………….....…….....…...Memorandum dated December 8, 2009, WFB  3029-30

Exhibit 109……….....................................Email dated December 21, 2009, WFB 2124-25

Exhibit 110……….....................................................Email dated February 16, 2009, WFB 2675

Exhibit 111……….................................Fax transmission log February 1, 2010, WFB 2622

Exhibit 112……….....................................................Email dated January 27, 2010, WFB 2808

Exhibit 113.………………….....…….....…...Memorandum dated March 3, 2010, WFB  3983-85

Exhibit 114……….................................................Email dated January 29, 2010, WFB 1699

Exhibit 115.……………….....…....……....Memorandum dated March 31, 2010, WFB  4022-23

Exhibit 116.…………….…......……...…….….Memorandum dated March 17, 2010, WFB  4014

Exhibit 117.………..................................................Email dated December 4, 2009, WFB 1960

Exhibit 118.………..................................................Email dated December 28, 2009, WFB 2458-59

Exhibit 119.………..................................................Email dated January 12, 2010, WFB 1934-39

Exhibit 120.………........................................1st Quarter 2009 Performance Review for John Alejo, WFB 2567-78

Exhibit 121.………........................................2nd Quarter 2009 Performance Review for John Alejo, WFB 2579-2590

Exhibit 122.…………...............................................Email dated February 22, 2010, P 6138

Exhibit 123.………..................................................Email dated March 14, 2010, WFB 1893-96

Exhibit 124.………..................................................Email dated March 4, 2010, WFB 4039-40

Exhibit 125.…………….…......……...…….…Memorandum dated July 10, 2010, WFB  3977-79

Exhibit 126.………..............................St. Helena Guidelines for Walk-Ins, dated October 19, 2010, WFB 2521

Exhibit 127.…........................................................Email dated October 19, 2010, WFB 1961-62

Exhibit 128.........................................2008 Annual Review for Yesenia Avalos, WFB 1070-72

Exhibit 129.…........................................................Email dated May 4, 2010, WFB 1855-59

Exhibit 130.....................................................Email dated June 3, 2010, WFB 2168, 8274-83

Exhibit 131.........................................................Email dated February 2, 2010, WFB 4121-23

Exhibit 132.........................................................Email dated March 15, 2010, P 6146-49

Exhibit 133.………..…...............……..…….….Memorandum dated March 9, 2010, WFB 3934-45

Exhibit 134.........................................................Email dated March 2, 2010, WFB 4024-33

Exhibit 135.………..….............…..….……….Memorandum dated March 16, 2010, WFB 3996-97

Exhibit 136.…......……Memorandum regarding Matt Taylor dated March 16, 2010, WFB 4002-05

Exhibit 137…..........…Summary of Investigation of Klosek's Complaint dated April 29, 2010, WFB 3916-22

Exhibit 138.................................................................Email dated June 15, 2010, WFB 4106-09

Exhibit 139....................................................................Email dated August 2, 2010, P 6579-80

Exhibit 140..............................................................Letter dated September 1, 2010, P 6598-99

Exhibit 141…...............................................................Letter dated September 9, 2010, P 6600

Exhibit 142.......................................................................Email dated January 24, 2011, P 6631

Exhibit 143..........................................................Defendants' Initial Disclosures, dated 2-22-11

Exhibit 144...........................................Plaintiffs' Amended Initial Disclosures, dated 3-23-11

Exhibit 145..............................................................................Email dated March 17, 2011

Exhibit 146.............................................Expert Witness Dr. Richard George's *curriculum vitae* and list of testimonies

Exhibit 147......................................Wells Fargo Bank's Code of Ethics and Business Conduct WFB8568-8587

Exhibit 148.................................................................Wells Fargo Bank's Sales Quality Manual P0400-0432

Exhibit 149 .................................................................Wells Fargo Bank's Teamworks Portal P0287-0290

Exhibit 150.......................................................................Wells Fargo Connections, April 2010 P0781-0796

Exhibit 151.........................................U.S. Department of Labor, OSHA Letter to Daniel Fisher Dated November 26, 2008

Exhibit 152...............................................Julie Tishkoff's Complaint Under Section 206 of the Sarbanes-Oxley Act on Wells Fargo Bank

Exhibit 153....................................................CLR Search.com, *Pope Valley, California 94567 Demographics–Summary*

Exhibit 154...................................................U.S. Census Bureau: Profile of General Population

1

Housing Characteristics

2

Exhibit 155...............................................Advameg, Inc., Demographics of Irvine, CA

Exhibit 156.......................................Advameg, Inc., Demographics of Green Bay, WI

Exhibit 157...............................................Branch locator for Associated Bank in Green Bay, WI

Exhibit 158................................................................Branch locator for Bank of the West

Exhibit 159.......................................................................Branch locator for Cathay Bank

Exhibit 160.................................................................Branch locator for City National Bank

Exhibit 161......................................................................Branch locator for East West Bank

Exhibit 162...................................................................Branch locator for First Citizens Bank

Exhibit 163......................................................................Branch locator for Bank of America

Exhibit 164...........................................................................Branch locator for Chase Bank

Exhibit 165..............................................................................Branch locator for Citi Bank

Exhibit 166.........................................................Branch locator for Partners of America Bank

Exhibit 167.............................................................................Branch locator for Union Bank

Exhibit 168...............................................................................Branch locator for US Bank

Exhibit 169........................................................................Branch locator for Wells Fargo Bank

Exhibit 170………………………………………...Email dated January 9, 2011, WFB 2636

Exhibit 171………………………………Email dated January 31, 2010, WFB 2024-2052

Exhibit 172…………………………………..Documents regarding Maria Guadalupe Gutierrez
Rodriguez and Antonio Rodriguez, P4643-4646

Exhibit 173…………………………………Documents regarding Guillermo Veloz-Hernandez
and Deisy Nery, P4663, 4666 and 4668-4670

Exhibit 174…………………………………Documents regarding Monica Guerrero, P4639-P640

Exhibit 175……………………………Documents regarding Gustavo Herrera, P4610, 4613-4618

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 176……………………..Yesenia Guitron Notes regarding Gustavo Herrera, WFB 9700

Exhibit 177…………………...Documents regarding Fernando Avalos Martinez, P4630

Exhibit 178……………………...Documents regarding Matthew and Ryan Garcia, P4627-4629

Exhibit 179………………………………….Documents regarding Amanda Smith, P4654-4657

Exhibit 180…………………………………………Documents regarding Carlos Bautista, P4680

Exhibit 181…………………………..Documents regarding Josefina Rosales Robles, P4591-4595

Exhibit 182……………………..Documents regarding Javier Reina Villares, P4500, 4723-4726

Exhibit 183…………………………………...Documents regarding Saly Lopez, P4651-4653

Exhibit 184…………………………...Documents regarding Lourdes Gonzalez, P4596-4597

Exhibit 185……………………………….Documents regarding Jose Perez Torres, P4587-4590

Exhibit 186……………………………...Documents regarding George R. Davis, P4598-4600

Exhibit 187…………………..Documents regarding Juan Guevara Gonzalez Alida, P4721-4722

Exhibit 188…………………….………Documents regarding Octavio Pena, P4675-4677

Exhibit 189………………………...Documents regarding Lorena Zarate Martinez, P4560-4568

Exhibit 190………………………………...Documents regarding Antonie Bille, P4678-4679

Exhibit 191…………Documents regarding Maria Del Rosio Evangelista Teodoro, P4712-4715

Exhibit 192………………...……………Documents regarding Karla Alvarado, P4703-4708

Exhibit 193…………………………………Documents regarding Imelda Mendez, P4681-4682

Exhibit 194……………………………Documents regarding Sandy Dickson, P4717-4720

Exhibit 195……………………………………………Documents regarding Juan Carlos Jimenez,
WFB 2673-2674, P4542-4544, 4546

Exhibit 196……………………….……Documents regarding Arturo Cendejas, P4504-4506

Exhibit 197……………………………...………Documents regarding Roxanna Horton, P4683

Exhibit 198………………………………...Documents regarding Juan Reyna, P4497-4499

1

2
Exhibit 199……………….……………Documents regarding Nicole E. Givovich, P4695-4702

3
Exhibit 200……………..…………….Documents regarding Ramon Servin Garcia, P4691-4694

4
Exhibit 201………………..……………Documents regarding Sabrina Rogers, P4709-4711

5
Exhibit 202……………..…………………………....Email dated June 18, 2009, P5467-5469

6
Exhibit 203……………………..………………….....Email dated September 3, 2009, P5660

7
Exhibit 204……………………………………....Email dated October 19, 2009, WFB2492

8
Exhibit 205……………………………...……....Email dated December 1, 2009, WFB2439

9
Exhibit 206……………………………………....Email dated December 12, 2009, WFB1691

10
Exhibit 207……………………………………....Email dated February 6, 2010, WFB2414

11
Exhibit 208……………………..………………....Email dated June 11, 2010, P6579-6580

12
Exhibit 209…………..………Email dated April 15, 2011 from Hale Walker, WFB 6712-13

13
Exhibit 210………………………………………………...Declaration of Becky Garza

14
Exhibit 211……………..…………………………....Email dated January 12, 2009, WFB 8498

15
Exhibit 212……...…………………..……………...Email dated June 18, 2009, P 5467-69

16
Exhibit 213……..…………………..……………....Email dated April 15, 2011, P 6712-13

17
Exhibit 214…………..………..……………..Memorandum dated March 9, 2010, WFB 3934-45

18

19
Date: December 8, 2011                    PERETZ & ASSOCIATES

20

21

22
                          By: (-) *Yosef Peretz*

23
                                Yosef Peretz
                          Attorneys for Plaintiffs YESENIA

24
                          GUITRON and JUDI KLOSEK

25

26

27

28