1  Yosef Peretz (SBN 209288)
2  Emily A. Knoles (SBN 241671)
   Michael D. Burstein (SBN 248516)
3  PERETZ & ASSOCIATES
   22 Battery Street, Suite 202
4  San Francisco, CA 94111
   Telephone:  415.732.3777
5  Facsimile:  415.372.3791

6
   Attorneys for Plaintiffs
7  YESENIA GUITRON and JUDI KLOSEK

8  Baldwin J. Lee (Bar No. 187413)
   Alexander Nestor (Bar No. 202795)
9  Amy Morgenstern (Bar No. 267412)
10 ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
11 Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
12 Phone: (415) 837-1515
13 Fax: (415) 837-1516
   E-Mail:blee@allenmatkins.com
14         anestor@allenmatkins.com
           amorgenstern@allenmatkins.com
15

16 Attorneys for Defendants
   WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND
17 PAM RUBIO

18
                    **UNITED STATES DISTRICT COURT**
19
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>                    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>                    Defendants. | **CASE NO.  CIV-10-03461 CW (MEJ)**<br><br>**PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PRE-TRIAL EXCHANGE DEADLINE** |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PRE-TRIAL EXCHANGE DEADLINE
- 1 -

1   Plaintiffs YESENIA GUITRON and JUDI KLOSEK and Defendants WELLS FARGO
2   BANK, N.A., WELLS FARGO & CO. and PAM RUBIO stipulate as follows:
3   WHEREAS, the pre-trial exchange and related pre-trial deadlines set by the Court's
4   Order for Pretrial Preparation commence on January 3, 2012 (Dkt. No. 18);
5   WHEREAS the parties will not have completed expert discovery by January 3, 2012;
6   WHEREAS Defendants' Motion to Sever and Motion for Summary Judgment, or in the
7   Alternative Partial Summary Judgment, currently are pending before the Court, and the hearing
8   date has been continued to January 5, 2012, which is after the current deadline for pre-trial
9   exchange;
10  WHEREAS the next case management conference was continued from December 15,
11  2011 to January 5, 2012, together with the hearing date for Defendants' motions;
12  WHEREAS the parties believe they cannot complete the pre-trial exchange and related
13  pre-trial requirements given the issues set forth above;
14  THEREFORE, the parties stipulate and respectfully ask the Court to extend the pre-trial
15  exchange currently due on January 3, 2012, pursuant to the Order for Pre-Trial Preparation
16  Order (Dkt. No. 18) to January 27, 2012.
17  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: December 15, 2011                PERETZ & ASSOCIATES

                                        By: (-) Yosef Peretz
                                        YOSEF PERETZ
                                        Attorneys for Plaintiffs

Dated: December 15, 2011                ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP


                                        By: (-) Alexander Nestor
                                        ALEXANDER NESTOR
                                        Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and Good Cause appearing therefor, the Court hereby orders that the pre-trial exchange currently due on January 3, 2012, pursuant to the Order for Pre-Trial Preparation Order (Dkt. No. 18) is continued to January 27, 2012, and the other pre-trial deadlines set forth in the Order for Pre-Trial Preparation Order are continued accordingly.

**IT IS SO ORDERED**.

Dated: December 16, 2011       By: _____
                                   HON. CLAUDIA WILKEN
                                   U.S. DISTRICT JUDGE