Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone:  415.732.3777
Facsimile:  415.372.3791

Attorneys for Plaintiffs
YESENIA GUITRON and JUDI KLOSEK

Baldwin J. Lee (Bar No. 187413)
Alexander Nestor (Bar No. 202795)
Amy Morgenstern (Bar No. 267412)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail:blee@allenmatkins.com
        anestor@allenmatkins.com
        amorgenstern@allenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & CO. AND PAM RUBIO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK, <br><br>Plaintiffs, <br><br>v. <br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20, <br><br>Defendants. | **CASE NO.  CIV-10-03461 CW (MEJ)**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUT-OFF DATE** |

1  Plaintiffs YESENIA GUITRON and JUDI KLOSEK and Defendants WELLS FARGO BANK, N.A., WELLS FARGO & CO. and PAM RUBIO (collectively, "Defendants") stipulate, as follows:

WHEREAS, the parties have designated seven expert witnesses, including three retained experts and three non-retained experts Plaintiffs have designated and one retained expert Defendants have designated;

WHEREAS, a dispute arose between the parties regarding whether Defendants were entitled to take a Rule 35 mental examination of Plaintiff Klosek;

WHEREAS, Magistrate Judge Maria-Elena James ruled upon the parties' dispute in favor of Defendants on December 1, 2011;

WHEREAS, Plaintiffs intend to file a Motion for Relief from Nondispositive Pretrial Order on Magistrate Judge James' ruling of December 1, 2011 pursuant Civil Local Rule 72.2, and thus are not scheduling Plaintiff Klosek's mental examination;

WHEREAS, because of the unavailability of the expert witnesses and counsel in December 2011 and the dispute over the Rule 35 mental examination of Plaintiff Klosek, the parties still have to schedule and take the depositions of the seven expert witness that were designated in this case, as well as schedule the mental examination of Plaintiff Klosek unless the Court grants Plaintiffs' Civil Local Rule 72.2 Motion;

WHEREAS, the expert discovery cut-off date currently is December 16, 2011;

WHEREAS, the parties need an additional 45 days to complete expert discovery, including the seven depositions and the mental examination;

THEREFORE, the parties stipulate and respectfully ask the Court to grant a 45-day extension of the expert discovery cut-off date to January 31, 2012.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: December 6, 2011                      ALLEN MATKINS LECK GAMBLE
                                             MALLORY & NATSIS LLP


                                             By: (-) Alexander Nestor
                                             ALEXANDER NESTOR
                                             Attorneys for Defendants


Dated: December 6, 2011                      PERETZ & ASSOCIATES


                                             By: (-) Yosef Peretz
                                             YOSEF PERETZ
                                             Attorneys for Plaintiffs


## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, and Good Cause appearing therefor, the Court hereby orders that the expert discovery cut-off date is continued from December 16, 2011, to January 31, 2012.

**IT IS SO ORDERED**.


Dated: December 20, 2011                     By: _____
                                             THE HON. CLAUDIA WILKEN
                                             U.S. DISTRICT JUDGE