IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>     Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>     Defendants.<br>_____/ | No. C 10-3461 CW<br><br>ORDER REFERRING DEFENDANTS' MOTION TO COMPEL DEPOSITION OF DREYDY METELIN AND MODIFY THE CASE MANAGEMENT ORDER TO MAGISTRATE JUDGE<br>(Docket No. 108) |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendants' motion to compel the deposition of Dreydy Metelin and modify the case management order, Docket No. 108, is referred to Chief Magistrate Judge James.  Judge James may adjust any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

IT IS SO ORDERED.

Dated: 12/23/2011

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge

cc: MagRef; MEJ