IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>     Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>     Defendants.<br><br>_____/ | No. C 10-3461 CW<br><br>ORDER GRANTING IN PART DEFENDANTS' EX PARTE MOTION TO STRIKE, SETTING BRIEFING SCHEDULE, CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE AND VACATING PRETRIAL AND TRIAL DATES (Docket No. 111) |

Defendants Wells Fargo Bank, N.A., Wells Fargo & Co. and Pam Rubio seek to strike certain documents filed by Plaintiffs Yesenia Guitron and Judi Klosek on December 22, 2011.

Pursuant to the Court's Order of November 17, 2011, Defendants' reply to Plaintiffs' response to their motion for summary judgment was due by December 15, 2011. Defendants filed their reply by that deadline. A week later, on December 22, 2011, Plaintiffs filed, among other things, a Notice of Errata, an Amended Response in opposition to Defendants' Motion for Summary Judgment and supplemental exhibits in support of their amended response.

Plaintiffs did not seek or obtain leave of the Court prior to filing these additional documents. See Civil Local Rule 7-3(d) ("Once a reply is filed, no additional memoranda, papers or

letters may be filed without prior Court approval" unless new evidence was submitted in the reply or a relevant new judicial opinion is published).  Further, Exhibit A to the notice of errata, which purports to show the changes between Plaintiffs' original and amended responses, does not accurately reflect these changes.

Accordingly, the Court GRANTS in part Defendants' motion to strike (Docket No. 111) and STRIKES Plaintiffs' Notice of Errata (Docket No. 106).  Plaintiffs are granted leave to file an amended Notice of Errata containing a corrected version of Exhibit A within two days of the date of this Order.  Defendants may file a supplementary reply to Plaintiffs' amended opposition within five days thereafter.  Defendants' supplementary reply shall not exceed seven pages and shall only contain arguments that Defendants could not have made prior to filing their original reply.

The hearing on Defendants' motion for summary judgment and motion to sever and the case management conference, currently set for January 5, 2012 at 2:00 p.m., are hereby CONTINUED to January 19, 2012 at 2:00 p.m.  The pretrial and trial dates are hereby VACATED and shall be reset at the case management conference.

IT IS SO ORDERED.

Dated:  1/3/2012

CLAUDIA WILKEN
United States District Judge