IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GUITRON; and JUDI KLOSEK,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 10-3461 CW<br><br>CORRECTED ORDER REFERRING PARTIES TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |

The Court REFERS Plaintiff Klosek's case to Magistrate Judge Cousins for a further settlement conference prior to the final pretrial conference, if possible, or as soon thereafter as it can be scheduled. The parties shall promptly contact the courtroom deputy for Judge Cousins pursuant to his settlement conference standing order to schedule the conference.

IT IS SO ORDERED.

Dated: 3/13/2013

CLAUDIA WILKEN
United States District Judge