United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YESENIA GUITRON; and JUDI KLOSEK,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,

Defendants.

________________________________/

No. C 10-3461 CW

ORDER VACATING DATES

The parties have advised the Court that Plaintiff Judi Klosek and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. have reached a resolution of the remaining claims in this action and that the terms of their settlement agreement will be performed within the next thirty days.

Accordingly, the Court VACATES the pretrial conference and trial dates and TERMINATES all pending motions. If, within thirty days from the date of this Order, the Court has not received a certification from any party, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement was not delivered, the Court will enter judgment on all claims in this case.

IT IS SO ORDERED.

Dated: 3/20/2013

CLAUDIA WILKEN
United States District Judge