IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESENIA GUITRON; and JUDI KLOSEK,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; PAM RUBIO; and DOES 1-20,<br><br>    Defendants.<br>                                                / | No. C 10-3461 CW<br><br>JUDGMENT |

    For the reasons set forth in this Court's Order of July 6, 2012, granting Defendants' motion for summary judgment on all claims brought by Plaintiff Yesenia Guitron, and having been advised on March 19, 2013 that the parties have reached a settlement that resolves all claims brought by Plaintiff Judi Klosek,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Yesenia Guitron take nothing, that her claims be dismissed on the merits, and that Defendants recover from her their costs related to her claims; and

That Plaintiff Judi Klosek's claims are dismissed with prejudice and the parties shall bear their own costs related to her claims.

Dated at Oakland, California, this twenty-second day of April, 2013.



RICHARD W. WIEKING
Clerk of Court

By: _____

Deputy Clerk